**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6295**

---

MICHAEL WHITE,

                              Petitioner - Appellant,

        versus

PARKER EVATT; ATTORNEY GENERAL OF THE STATE OF
SOUTH CAROLINA,

                              Respondents - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Falcon B. Hawkins, Chief District
Judge.  (CA-95-181-2-1AJ)

---

Submitted:  October 3, 1996          Decided:  October 17, 1996

---

Before ERVIN, LUTTIG, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael White, Appellant Pro Se.  Donald John Zelenka, Chief Deputy
Attorney General, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214, petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. White v. Evatt, No. CA-95-181-2-1AJ (D.S.C. Jan. 12, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED